DAVID SHOLTZ, *et al.,* v. STATE, *ex rel.* FIDELITY LIFE ASSOCIATION.

165 So. 42.

Division B.

No. 2297.

Opinion Filed December 20, 1935.

*Cary D. Landis,* Attorney General, and *Robert J. Pleus* and *James B. Watson,* Assistants, for Plaintiffs in Error;

*Casey & Walton,* of Miami, and *William K. Whitfield,* of Tallahassee, for Defendant in Error.

PER CURIAM.—This case is a companion case to that of Sholtz, *et al.,* Plaintiffs in Error, v. State of Florida, *ex rel.* Fidelity Life Association, a Corporation, Defendant in Error, and upon authority of the opinion and judgment this day filed in that case, the judgment herein is affirmed.

ELLIS, P. J., and TERRELL and BUFORD, J. J., concur.

WHITFIELD, C. J., and BROWN and DAVIS, J. J., concur in the opinion and judgment.